# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of the Tracking of:<br><br>Cellular Telephone Number (702) 902-9525 (TT-1) | Case No. 2:21-mj-000641-NJK<br><br>**SEALED ORDER** |

On July 27, 2021, the undersigned issued a tracking warrant in this matter. To date, the Government has not provided a return. Accordingly, no later than March 14, 2022, the Government is hereby **ORDERED** to provide to the chambers of the undersigned a return with the required information.

The Clerk's Office is **INSTRUCTED** to deliver a copy of this order to the United States Attorney's Office. It appears that the assigned Assistant United States Attorney is Joshua Brister.

IT IS SO ORDERED.

Dated: February 28, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1