# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of the Tracking of:<br><br>Cellular Telephone Number (702) 902-9525 (TT-1) | Case No. 2:21-mj-000641-NJK<br><br>**ORDER** |

On July 27, 2021, the undersigned issued a tracking warrant in this matter. Having not received a return, the Court ordered the Government to provide one by March 14, 2022. Docket No. 1. To date, the Government has still not provided a return. Accordingly, no later than April 8, 2022, the Government is hereby **ORDERED** to provide to the chambers of the undersigned a return with the required information.

The Clerk's Office is **INSTRUCTED** to deliver a copy of this order to the United States Attorney's Office. It appears that the assigned Assistant United States Attorney is Joshua Brister.

IT IS SO ORDERED.

Dated: March 24, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1